**In re Lewis HATTEN, Petitioner.**

No. 02–7649.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Jan. 22, 2003.

Lewis Hatten, Petitioner Pro Se.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Lewis Hatten petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2000) action. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the magistrate judge issued a report and recommendation in Hatten's § 2255 action on November 8, 2002. Accordingly, because the district court has recently acted in Hatten's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*